# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

19-1535

David Neal v. Asta Funding Inc

2-13-cv-03438

# O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee or file a motion for leave to proceed in forma pauperis as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
 Clerk

Date: April 4, 2019

kr/cc:  David Shaun Neal
        Steven I. Adler, Esq.
        Lauren X. Topelsohn, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate